

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00189-CV

**CHRISTOPHER A. PHILLIPS,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

From the 54th District Court
McLennan County, Texas
Trial Court No. 2002-296-C

## MEMORANDUM OPINION

Appellant, Christopher A. Phillips, appeals from a judgment signed by the trial court on April 30, 2019.  By letter dated June 7, 2019, the Clerk of this Court notified appellant that the appeal is subject to dismissal because the original filing fee had not been paid and warned appellant that the Court would dismiss the appeal unless, within ten days from the date of the letter, appellant paid the filing fee or obtained indigent status for the purpose of appeal.  Ten days have passed, and appellant has not paid the

filing fee for this appeal or obtained indigent status.  Accordingly, we hereby dismiss this

appeal.  *See* TEX. R. APP. P. 42.3(c).


                      JOHN E. NEILL
                      Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed July 3, 2019
[CV06]

